**DAVID J. COOK, ESQ. (State Bar # 060859)**
**ROBERT J. PERKISS, ESQ (State Bar # 62386)**
**COOK COLLECTION ATTORNEYS**
**A PROFESSIONAL LAW CORPORATION**
165 Fell Street
San Francisco, CA  94102
Mailing Address: P.O. Box 270
San Francisco, CA  94104-0270
Tel.: (415) 989-4730
Fax: (415) 989-0491
File No. 43,956

Attorneys for Plaintiff
EVENT ENTERTAINMENT, INC.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EVENT ENTERTAINMENT, INC., | ) CASE NO.  CV 99-7042-RMT (VAPx) |
| Plaintiff, | ) [~~PROPOSED~~] RENEWAL OF |
| vs. | ) DEFAULT JUDGMENT |
| HECTOR PELAYO, individually and dba Kitty Kat Bar & Pool aka Kitty Cat Bar & Pool aka Kitty Kat aka Kitty Cat, | ) |
| Defendant. | ) |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendant HECTOR PELAYO, individually and dba Kitty Kat Bar & Pool aka Kitty Cat Bar & Pool aka Kitty Kat aka Kitty Cat, the Default Judgment entered on 7/31/00 (copy attached) is hereby renewed in the amounts as set forth below:

Renewal of money judgment

| | | |
|---|---|---|
| a. | Total judgment | $6,800 |
| b. | Costs after judgment | $  -0- |
| c. | Attorneys fees: | $  -0- |
| d. | Subtotal (*add a and b*) | $6,800 |

e. Credits after judgment                           $    -0-
f. Subtotal (*subtract d from c*)                    $6,800
g. Interest after judgment                           $1,700
h. Fee for filing renewal application                $    -0-
i. **Total renewed judgment** (*add e, 5, and g*)    $8,500

DATED: _____5/26/10_____        CLERK, by _____Lori Muraoka_____,
                                        Deputy

F:\USERS\DJCNEW\kitty kat.renewal

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 99-7042-RMT (VAPx)                    2